IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    Case No. 3:17cr85

JASON MACKEY,    JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS BOND SET AND MET ON JUNE 2, 2017, BUT DECLINING TO REVOKE SAME; BOND MAINTAINED, UPON ORIGINAL CONDITIONS, WITH ONE SUCH EMPHASIZED; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD

---

On February 12, 2018, the Defendant appeared in open Court and admitted to an Amended Petition, directing him to show cause why his bond, set and met on June 2, 2017, should not be revoked. The original bond violation Petition contained two allegations. The second allegation was dismissed by the Court on February 12, 2018, given that the Defendant has shown to the Pretrial Services Officer's satisfaction that Defendant had fulfilled his obligation with regard to the second allegation.

Following the admission to the first allegation, as well as the dismissal of the second such, Defendant was found in violation of his bond set and met on June 2, 2017. Following the above, Defendant, although having been found in violation of his bond, same was not revoked. Rather, the Court maintained the Defendant on bond, subject to all previously imposed conditions, with specific emphasis on the fact that he is to avoid the use of marijuana while he remains on bond.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

February 15, 2018

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Keith Manfra, United States Pretrial Services Officer