IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASON MACKEY,

    Defendant.

Case No. 3:17cr85

JUDGE WALTER H. RICE

---

ENTRY SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE (DOC. #22); DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF BOND, BUT DEFERRING ANY ACTION UPON SAID FINDING AT PRESENT; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD

---

At the conclusion of the oral and evidentiary hearing on the Motion of the Defendant to Suppress Evidence (Doc. #22), said hearing concluding on Friday, April 5, 2019, the following briefing schedule was discussed and agreed upon: both parties have ordered transcripts of the multiple days of hearings on the aforesaid motion. Not later than 21 days after the filing of said transcripts, the Defendant will file his post-hearing memorandum, to be followed not later than 21 days thereafter by the government's post-hearing submission. The moving Defendant will then have 14 days, following receipt of the government's submission within which to file any reply memorandum deemed necessary.

Further, based on the record made in open Court on the aforesaid April 5, 2019, the Defendant, having admitted to allegations set forth against him in a Petition filed April 3, 2019 (Doc. #58), directing him to show cause why his bond, set and met June 2, 2017, should not be revoked, the Defendant was found in violation of said bond. Again, pursuant to the record made

in open Court, while finding the Defendant in violation of his bond, the Court deferred any action/disposition on said finding to a later date, upon the condition of the Defendant's good behavior. In deciding upon this course of action, the Court has taken into account that, while marijuana usage continues, the Defendant, on balance, has performed well on bond under the supervision of the Pretrial Services Office.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

April 12, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record